IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**BILLY RAY PHIFFER,**                              2:10-CV-01120-SU

      **Plaintiff,**                                **JUDGMENT**

**v.**

**STATE OF OREGON as being
represented by the OFFICE OF
DISTRICT ATTORNEY FOR BAKER
COUNTY, a public entity, and
STATE OF OREGON as being
represented by BAKER COUNTY
CIRCUIT COURT, a public
entity,**

      **Defendants.**


    Based on the Court's Order (#38) issued February 17, 2012, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 17th day of February, 2012.

                                       /s/ Anna J. Brown

                                       ANNA J. BROWN
                                       United States District Judge