```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF OREGON

                              PORTLAND DIVISION


BILLY RAY PHIFFER,                          2:10-CV-01120-SU

        Plaintiff,                          JUDGMENT

v.

STATE OF OREGON as being
represented by the OFFICE OF
DISTRICT ATTORNEY FOR BAKER
COUNTY, a public entity, and
STATE OF OREGON as being
represented by BAKER COUNTY
CIRCUIT COURT, a public
entity,

        Defendants.
```

Based on the Court's Order (#38) issued February 17, 2012, the Court **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 17th day of February, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT